HEATHER E. WILLIAMS, #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
Mao Chanthamany

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  1:13-cr-0284 LJO-SKO |
| | ) | |
| Plaintiff, | ) | **AMENDED** STIPULATION AND ORDER TO |
| | ) | CONTINUE STATUS CONFERENCE |
| vs. | ) | |
| | ) | DATE:   August 4, 2014 |
| MAO CHANTHAMANY, | ) | TIME:    1:00 p.m. |
| | ) | JUDGE: Hon. Sheila K. Oberto |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their

respective counsel that the sentencing hearing in the above-captioned matter now set for March

17, 2014, at 1:00 p.m. may be continued to the August 4, 2014 at 1:00 p.m.

Mr. Chanthamany is charged with being a felon in possession of a firearm.  Ninth Circuit

law is unclear as to whether one of Mr. Chanthamany's prior convictions qualifies as a predicate

offense under the Armed Career Criminal Act.  The Federal Defender's Office and the U.S.

Attorney's Office currently have a case in the briefing stage at the Ninth Circuit which should

clarify and resolve the issue.  The parties would like to see the outcome on that case before they

can further engage in meaningful plea negotiations on the instant case.

The requested continuance is with the intention of conserving time and resources for both

parties and the court.  The parties agree that the delay resulting from the continuance shall be

excluded in the interests of justice, including but not limited to, the need for the period of time

set forth herein for effective defense preparation, defense investigation, and plea negotiation

purposes pursuant to 18 U.S.C.  §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: March 12, 2014          By:     /s/ Laurel J. Montoya
                                        LAUREL J. MONTOYA
                                        Assistant United States Attorney
                                        Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: March 12, 2014          By:     /s/ Charles J. Lee
                                        CHARLES J. LEE
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        MAO CHANTHAMANY


# **O R D E R**

The parties' request to continue the status conference to August 4, 2014, is GRANTED.

The delay resulting from this continuance shall be excluded in the interests of justice, including

but not limited to, the need for the period of time set forth herein for effective defense

preparation, defense investigation, and plea negotiation purposes pursuant to 18 U.S.C.  §§

3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

The parties shall be prepared to set this matter for trial before District Judge Lawrence J.

O'Neill at the August 4, 2014, status conference.


IT IS SO ORDERED.

Dated:   **March 13, 2014**              **/s/ Sheila K. Oberto**
                                         UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28